**RECEIVED**

MAR 28 2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:18-CR-053 |
| v. ) | |
| ) | INDICTMENT |
| DARREN O. COLEMAN a/k/a "DC", ) | |
| MARK PHILLIP CARTER II, ) | T. 18 U.S.C. § 2 |
| STEPHEN KALU COBB a/k/a "Mitch", ) | T. 18 U.S.C. §§ 924(c)(1)(A), (d) |
| SARINA ANN WILLIAMS, ) | T. 18 U.S.C. §§ 1591 |
| JULYEN XAVIER SINGLETON, ) | T. 18 U.S.C. § 1594(c) |
| RONZELL MONTEZ WILLIAMS a/k/a "LV", ) | T. 18 U.S.C. § 2421 |
| and ) | T. 18 U.S.C. § 2422(a) |
| BREEANA LYNAE BROWN a/k/a "BB", ) | T. 18 U.S.C. § 2461(c) |
| ) | |
| Defendants. ) | **4:18mj0931** |

United States Courts
Southern District of Texas
FILED

*June 11, 2018*

David J. Bradley, Clerk of Court

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion)**

From in or about March 2017 through in or about July 2017, in the Southern District of Iowa and elsewhere, the defendants,

**DARREN O. COLEMAN a/k/a "DC",
MARK PHILLIP CARTER II,
STEPHEN KALU COBB a/k/a "Mitch", and
SARINA ANN WILLIAMS,**

did knowingly conspire and agreed with each other and with others known and unknown to the Grand Jury, to in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain "Victim 1," and benefit financially and by receiving anything of value from participation in a venture which had engaged in the aforementioned acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of

these means would be used to cause "Victim 1" to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1), (a)(2) & (b)(1).

This is a violation of Title 18, United States Code, Section 1594(c).

## COUNT 2
### (Sex Trafficking by Force, Fraud, and Coercion)

From in or about March 2017 through in or about July 2017, in the Southern District of Iowa and elsewhere, the defendants,

**DARREN O. COLEMAN a/k/a "DC",
MARK PHILLIP CARTER II,
STEPHEN KALU COBB a/k/a "Mitch", and
SARINA ANN WILLIAMS,**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain "Victim 1," and did benefit financially and did receive something of value from participation in a venture which had engaged in the aforementioned acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause "Victim 1" to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2) and (b)(1), and 2.

## COUNT 3
### (Coercion and Enticement to Engage in Prostitution)

Between on or about May 17, 2017, and continuing through on or about May 23, 2017, within the Southern District of Iowa and elsewhere, the defendant,

**DARREN O. COLEMAN a/k/a "DC",**

did knowingly persuade, induce, entice, and coerce "Victim 1" to travel in interstate commerce to engage in prostitution.

This is a violation of Title 18, United States Code, Section 2422(a).

## COUNT 4
**(Interstate Transportation of an Individual to Engage in Prostitution)**

Between on or about May 17, 2017, and continuing through on or about May 23, 2017, within the Southern District of Iowa and elsewhere, the defendant,

**SARINA ANN WILLIAMS,**

did knowingly transport "Victim 1" from the State of Iowa to the State of South Dakota with the intent that "Victim 1" engage in prostitution.

This is a violation of Title 18, United States Code, Section 2421.

## COUNT 5
**(Sex Trafficking by Force, Fraud, and Coercion)**

From in or about May 2017 through in or about July 2017, in the Southern District of Iowa and elsewhere, the defendant,

**MARK PHILLIP CARTER II,**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain "Victim 2," knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause "Victim 2" to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 6
**(Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion)**

From in or about June 22, 2017 through in or about July 1, 2017, in the Southern District of Iowa and elsewhere, the defendants,

**JULYEN XAVIER SINGLETON,**
**MARK PHILLIP CARTER II,**
**RONZELL MONTEZ WILLIAMS a/k/a "LV", and**
**BREEANA LYNAE BROWN a/k/a "BB",**

did knowingly conspire and agreed with each other and with others known and unknown to the Grand Jury, to in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain "Victim 3," and benefit financially and by receiving anything of value from participation in a venture which had engaged in the aforementioned acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause "Victim 3" to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1), (a)(2) & (b)(1).

This is a violation of Title 18, United States Code, Section 1594(c).

## COUNT 7
**(Sex Trafficking by Force, Fraud, and Coercion)**

From in or about June 22, 2017 through in or about July 1, 2017, in the Southern District of Iowa and elsewhere, the defendants,

**JULYEN XAVIER SINGLETON,**
**MARK PHILLIP CARTER II,**
**RONZELL MONTEZ WILLIAMS a/k/a "LV", and**
**BREEANA LYNAE BROWN a/k/a "BB",**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain "Victim 3," and did benefit financially and did receive something of value from participation in a venture which had engaged in the aforementioned acts, knowing and in

reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause "Victim 3" to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2) and (b)(1), and 2.

## COUNT 8
### (Possession of a Firearm in Furtherance of a Crime of Violence)

From in or about March 2017 through in or about July 2017, in the Southern District of Iowa and elsewhere, the defendants,

**DARREN O. COLEMAN a/k/a "DC", and
STEPHEN KALU COBB a/k/a "Mitch",**

did knowingly and intentionally possess a firearm in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion as alleged in Count 1 of this Indictment, and Sex Trafficking by Force, Fraud, and Coercion as alleged in Count 2 of this Indictment.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A) and § 2.

## COUNT 9
### (Possession of a Firearm in Furtherance of a Crime of Violence)

From in or about May 2017 through in or about July 2017, in the Southern District of Iowa and elsewhere, the defendant,

**MARK PHILLIP CARTER II,**

did knowingly and intentionally knowingly and intentionally possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Sex Trafficking by Force, Fraud, and Coercion as alleged in Counts 5 and 7 of this Indictment, and

Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion as alleged in Count 6 of this Indictment, and did brandish said firearm.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE
**(Firearms)**

1.  The allegations contained in Count 9 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offenses in violation of Title 18, United States Code, Section 924(c) set forth in Count 9 of this Indictment, the defendant, **MARK PHILLIP CARTER II**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: Hi-Point C9 9mm pistol SN# P1585403.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Virginia M. Bruner
Assistant United States Attorney

RECEIVED

MAR 28 2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARREN O. COLEMAN a/k/a "DC",<br>MARK PHILLIP CARTER II,<br>STEPHEN KALU COBB a/k/a "Mitch",<br>SARINA ANN WILLIAMS,<br>JULYEN XAVIER SINGLETON,<br>RONZELL MONTEZ WILLIAMS a/k/a "LV",<br>and<br>~~BREEANNA LYNAE BROWN a/k/a "BB"~~,<br>BREEANNA LYNAE BROWN, a/k/a "BB"<br>Defendants. | Criminal No. 4:18-CR-053<br>**AMENDED**<br><u>INDICTMENT</u><br><br>T. 18 U.S.C. § 2<br>T. 18 U.S.C. §§ 924(c)(1)(A), (d)<br>T. 18 U.S.C. §§ 1591<br>T. 18 U.S.C. § 1594(c)<br>T. 18 U.S.C. § 2421<br>T. 18 U.S.C. § 2422(a)<br>T. 18 U.S.C. § 2461(c)<br><br>4/20/2018 Judge Walters ordered Indictment to be amended to correct defendant's first name to BREEANNA LYNAE BROWN a/k/a "BB" |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion)**

From in or about March 2017 through in or about July 2017, in the Southern District of Iowa and elsewhere, the defendants,

**DARREN O. COLEMAN a/k/a "DC",
MARK PHILLIP CARTER II,
STEPHEN KALU COBB a/k/a "Mitch", and
SARINA ANN WILLIAMS,**

did knowingly conspire and agreed with each other and with others known and unknown to the Grand Jury, to in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain "Victim 1," and benefit financially and by receiving anything of value from participation in a venture which had engaged in the aforementioned acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of

these means would be used to cause "Victim 1" to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1), (a)(2) & (b)(1).

This is a violation of Title 18, United States Code, Section 1594(c).

## COUNT 2
### (Sex Trafficking by Force, Fraud, and Coercion)

From in or about March 2017 through in or about July 2017, in the Southern District of Iowa and elsewhere, the defendants,

**DARREN O. COLEMAN a/k/a "DC",
MARK PHILLIP CARTER II,
STEPHEN KALU COBB a/k/a "Mitch", and
SARINA ANN WILLIAMS,**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain "Victim 1," and did benefit financially and did receive something of value from participation in a venture which had engaged in the aforementioned acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause "Victim 1" to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2) and (b)(1), and 2.

## COUNT 3
### (Coercion and Enticement to Engage in Prostitution)

Between on or about May 17, 2017, and continuing through on or about May 23, 2017, within the Southern District of Iowa and elsewhere, the defendant,

**DARREN O. COLEMAN a/k/a "DC",**

did knowingly persuade, induce, entice, and coerce "Victim 1" to travel in interstate commerce to engage in prostitution.

This is a violation of Title 18, United States Code, Section 2422(a).

## COUNT 4
### (Interstate Transportation of an Individual to Engage in Prostitution)

Between on or about May 17, 2017, and continuing through on or about May 23, 2017, within the Southern District of Iowa and elsewhere, the defendant,

### SARINA ANN WILLIAMS,

did knowingly transport "Victim 1" from the State of Iowa to the State of South Dakota with the intent that "Victim 1" engage in prostitution.

This is a violation of Title 18, United States Code, Section 2421.

## COUNT 5
### (Sex Trafficking by Force, Fraud, and Coercion)

From in or about May 2017 through in or about July 2017, in the Southern District of Iowa and elsewhere, the defendant,

### MARK PHILLIP CARTER II,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain "Victim 2," knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause "Victim 2" to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 6
### (Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion)

From in or about June 22, 2017 through in or about July 1, 2017, in the Southern District of Iowa and elsewhere, the defendants,

**JULYEN XAVIER SINGLETON,
MARK PHILLIP CARTER II,
RONZELL MONTEZ WILLIAMS a/k/a "LV", and
BREEANNA LYNAE BROWN a/k/a "BB"**

did knowingly conspire and agreed with each other and with others known and unknown to the Grand Jury, to in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain "Victim 3," and benefit financially and by receiving anything of value from participation in a venture which had engaged in the aforementioned acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause "Victim 3" to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1), (a)(2) & (b)(1).

This is a violation of Title 18, United States Code, Section 1594(c).

## COUNT 7
**(Sex Trafficking by Force, Fraud, and Coercion)**

From in or about June 22, 2017 through in or about July 1, 2017, in the Southern District of Iowa and elsewhere, the defendants,

**JULYEN XAVIER SINGLETON,
MARK PHILLIP CARTER II,
RONZELL MONTEZ WILLIAMS a/k/a "LV", and
BREEANNA LYNAE BROWN a/k/a "BB"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain "Victim 3," and did benefit financially and did receive something of value from participation in a venture which had engaged in the aforementioned acts, knowing and in

reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause "Victim 3" to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2) and (b)(1), and 2.

## COUNT 8
### (Possession of a Firearm in Furtherance of a Crime of Violence)

From in or about March 2017 through in or about July 2017, in the Southern District of Iowa and elsewhere, the defendants,

**DARREN O. COLEMAN a/k/a "DC", and
STEPHEN KALU COBB a/k/a "Mitch",**

did knowingly and intentionally possess a firearm in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion as alleged in Count 1 of this Indictment, and Sex Trafficking by Force, Fraud, and Coercion as alleged in Count 2 of this Indictment.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A) and § 2.

## COUNT 9
### (Possession of a Firearm in Furtherance of a Crime of Violence)

From in or about May 2017 through in or about July 2017, in the Southern District of Iowa and elsewhere, the defendant,

**MARK PHILLIP CARTER II,**

did knowingly and intentionally knowingly and intentionally possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Sex Trafficking by Force, Fraud, and Coercion as alleged in Counts 5 and 7 of this Indictment, and

Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion as alleged in Count 6 of this Indictment, and did brandish said firearm.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE
### (Firearms)

1. The allegations contained in Count 9 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 924(c) set forth in Count 9 of this Indictment, the defendant, **MARK PHILLIP CARTER II**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: Hi-Point C9 9mm pistol SN# P1585403.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Virginia M. Bruner
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br>RONZELL WILLIAMS a/k/a "LV"<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:18-cr-053 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RONZELL WILLIAMS a/k/a "LV"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking by Force, Fraud, Coercion in violation of 18 U.S.C. §§ 1591(a)(1), (a)(2)
Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion in violation of 18 U.S.C. § 1594

Date: 03/28/2018

City and state: Des Moines, IA

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: _____
DEPUTY CLERK

*Issuing officer's signature*

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

FID #1054097I